**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**v.** **<u>INDICTMENT</u>**

4:26cr57-RH

**JAMES DALTON BRYANT**
**a/k/a "Jamey"**
**a/k/a "Uber Jamey"**
_________________________________/

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about June 22, 2026, in the Northern District of Florida, the defendant,

**JAMES DALTON BRYANT,**
**a/k/a "Jamey,"**
**a/k/a "Uber Jamey,"**

by force, violence, and intimidation, did knowingly take from a bank teller, United States currency belonging to and in the care, custody, control, management, and possession of Regions Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

**CRIMINAL FORFEITURE**

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

FILED USDC FLND TL cm
AUG 4 '26 PM1:56

From his engagement in the violation alleged in Count One of this Indictment, the defendant,

**JAMES DALTON BRYANT,**
**a/k/a "Jamey,"**
**a/k/a "Uber Jamey,"**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all of the defendant's right, title, and interest in any property, real and personal, constituting, and derived from, proceeds traceable to such offense.

If any of the property described above as being subject to forfeiture, as a result of acts or omissions of the defendant:

i. cannot be located upon the exercise of due diligence;

ii. has been transferred, sold to, or deposited with a third party;

iii. has been placed beyond the jurisdiction of this Court;

iv. has been substantially diminished in value; or

v. has been commingled with other property that cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c),

to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

[redacted]

FOREPERSON

8-4-2026

DATE

JOHN P. HEEKIN
United States Attorney

ERIC K. MOUNTIN
Assistant United States Attorney